Robert Michael SMITH, Plaintiff and Appellant,

v.

CITY OF GRAND FORKS, North Dakota, and Chester Paschke, Chief of Police, City of Grand Forks, North Dakota, Defendants and Appellees.

Civ. No. 940123.

Supreme Court of North Dakota.

Oct. 31, 1994.

Henry H. Howe, Howe & Seaworth, Grand Forks, for plaintiff and appellant; appearance by Vincent J. Esades, third-year law student.

Kevin L. Erickson, third-year law student, for defendants and appellees; appearance by Howard D. Swanson, City Atty., Grand Forks.

PER CURIAM.

Robert M. Smith appeals from a summary judgment dismissing his claim of malicious prosecution against the City of Grand Forks and a claim of negligent supervision or control against its police chief.

We affirm under NDRAppP 35.1(a)(6) and (7). *See Kemp v. Grand Forks,* 523 N.W.2d 406 (N.D.1994).

VANDE WALLE, C.J., LEVINE, NEUMANN, MESCHKE and EVERETT, JJ., and NELS OLSON, District Judge, concur.

EVERETT NELS OLSON, District Judge, sitting in place of SANDSTROM, J., disqualified.

Miriam Kay DAKUTAK, Plaintiff and Appellee,

v.

John Fred DAKUTAK, Defendant and Appellant.

Civ. No. 940134.

Supreme Court of North Dakota.

Nov. 16, 1994.

Robert A. Ramlo, Fargo, for plaintiff and appellee. Appearance by Miriam K. Dakutak.

John F. Dakutak, pro se. Appearance by Bethany Dakutak.

PER CURIAM.

John Dakutak appealed from a divorce judgment of the District Court, Northwest Judicial District. He contends that a piano awarded to Miriam Dakutak in the judgment was not part of the marital estate because he had previously given the piano to his daughter Bethany. A trial court's distribution of marital property and granting of spousal support are findings of fact not to be overturned by this court unless they are "clearly erroneous." Rule 52(a), NDRCivP; *Anderson v. Anderson,* 504 N.W.2d 569 (N.D.1993). *See also Davis v. Davis,* 448 N.W.2d 619 (N.D.1989) [reflecting the importance of providing this Court with a complete transcript of the trial court proceedings when attempting to prove its findings to be clearly erroneous]. We are not convinced that the trial court's decisions were clearly erroneous. Therefore, we summarily affirm the district court judgment pursuant to Rule 35.1(a)(2), NDRAppP.

VANDE WALLE, C.J., and MESCHKE, LEVINE, NEUMANN and SANDSTROM, JJ., concur.